Name: Horace Lee Davis
Prison Identification/Booking No.: 48510-177
Address or Place of Confinement: MCFP Springfield, P.O. Box 4000, Springfield, MO 65801

*Note:* If represented by an attorney; his name, address & telephone number.

*Note:* It is your responsibility to notify the Clerk of Court in writing of any change of address.

16-3409-CV-S-RK-P

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

Horace Lee Davis
FULL NAME (Include name under which you were convicted)

Petitioner,

v.

Linda Sanders
NAME OF WARDEN, (or other authorized person having custody of petitioner)

Respondent.

CASE No. _____
To be supplied by the Clerk of the United States District Court

CASE No. 4:14-CR-167-A (01)
Criminal case under which sentence was imposed.

PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN FEDERAL CUSTODY
(28 U.S.C § 2241)

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, signed by *the petitioner, under pe*nalty of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of *a mate*rial fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition except that ONE separate additional page is permitted in answering Question No.9.

Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

If you are seeking leave to proceed *in forma pauperis* (without paying the $5.00 filing fee and other court costs), then you must also execute the declaration on the last page, setting forth information which establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

When the petition is completed, the original and 3 copies, must be mailed to the Clerk of the United States District Court for the Western District of Missouri, Charles Evans Whittaker United States Courthouse, 400 E. 9th Street, Kansas City, Missouri 64106, ATTENTION: Prisoner Pro Se Office.

Only one sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

PLEASE COMPLETE THE FOLLOWING: (check appropriate number)

This petition concerns:

1. _____ a conviction.

2. ____✓____ a sentence.

3. _____ jail or prison conditions.

4. _____ prison discipline.

5. _____ a parole problem.

6. _____ other.

PETITION

1. Place of detention  MCFP SPiNGField · P.O. Box 4000 SPRiNGField, MO 65801
2. Name and location of court which imposed sentence  NoRthern DiStRict of Texas Fort Worth Division 501 W 10th St. Rm 310 Fort Worth, Texas 76102
3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:

    (a)  ONe CouNt iNdictment
    (b)  21 U.S.C. 841 (a)(1) and (b)(1)(c)
    (c)  PosseSioN with iNteNt to DistRibute a coNtrolled Substance

4. The date upon which sentence was imposed and the terms of the sentence:

    (a)  1-16-2015
    (b)  115 moNths
    (c)  _____

5. Check whether a finding of guilty was made:

  (a) After a plea of guilty  ✓
  
  (b) After a plea of not guilty  _____
  
  (c) After a plea of nolo contendere  _____

6. If you were found guilty after a plea of not guilty, check whether that finding was made by :

    (a) a jury  _____
    
    (b) a judge without a jury  _____

7. Did you appeal from the judgment of conviction or the imposition of sentence?

    (  ) YES     (✓) NO

8. If you did appeal, give the following information for each appeal:

  a.  (1) Name of court  N/A
  
      (2) Result  N/A
      
      (3) Date of result  N/A
      
      (4) Citation or number of opinion  N/A
      
      (5) Grounds raised (list each)

(a) _____ N/A _____
(b) _____ N/A _____
(c) _____ N/A _____
(d) _____ N/A _____

b. (1) Name of court _____ N/A _____

(2) Result _____ N/A _____

(3) Date of result _____ N/A _____

(4) Citation or number of opinion _____ N/A _____

(5) Grounds raised (list each)

(a) _____ N/A _____
(b) _____ N/A _____
(c) _____ N/A _____
(d) _____ N/A _____

CAUTION: If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered the judgment.

9. State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a SINGLE page only behind this page.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional ground at a later date.

a. Ground one IN Light OF U.S. Court OF Appeal IN The Fifth Circuit, Delivery of A Controlled Substance is Not Qualifying Predicate For Carreer offender purpose

Supporting FACTS (tell your story BRIEFLY without citing cases or law).

CAUTION: You must state facts not conclusions in support of your grounds. A rule of thumb to follow is - who did exactly what to violate your rights at what time and place.

My Prior Felony convictions OF a controlled Substance Offence may it be For Distributions, Sales/Delivery of a Controlled Substance. That Prior conviction cannot Serve as a predicate offense under the Career offender Guideline Provision, which on United States v- Hinkle, 2016 WL 4254372 (5th Cir. 2016)

-4-

b. Ground Two (ACCA) is unconstitutionally void for Vagueness in light of Johnson-vs- US Supra

Supporting FACTS (Tell your story BRIEFLY without citing cases or law).

Prior "Bad Acts" can no longer be Applied to subject you to an enhanced Carreer offender guideline 4B1.1

c. Ground Three None

Supporting FACTS (Tell your story BRIEFLY without citing cases or law).

NA

d. Ground Four None

Supporting FACTS (Tell you story BRIEFLY without citing cases or law).

_____
_____
_____
_____
_____
_____
_____
_____
_____

10. Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction?

( ✓ ) Yes ( ) No

11. If your answer to Question No. 10 was yes, give the following information:

a. (1) Name of Court U.S. District Court of the Northern District of Texas — Fort Worth, TX

(2) Nature of proceeding 28 U.S.C. 2255

(3) Grounds raised ACCA Violation in Light of The Supreme Court Ruling in Johnson-vs-US, 135 S.ct 2551 (2015) "Residual Clause" is Unconstitutionally Vague.

(4) Result Time Barred, Pursuant to Rule 22 (b)

(5) Date of result July 20, 2016

(6) Citation or number of any written opinions or orders entered pursuant to each disposition.
Case # 4:16-CV-686-A

b. (1) Name of Court _____

(2) Nature of proceeding _____

(3) Grounds raised N/A

(4) Result _____

(5) Date of result _____

(6) Citation or number of any written opinions or orders entered pursuant to each disposition.

-6-

Case 6:16-cv-03409-RK   Document 1   Filed 09/27/16   Page 6 of 8

12. If you did not file a motion under Section 2255 of Title 27\8, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

N/A

13. Are you presently represented by counsel?  ( ) Yes  (✓) No

    If so, name, address and telephone number _____

    Case name and court _____

14. If you are seeking leave to proceed in forma pauperis, have you completed the declaration setting forth the required information?

    ( ) Yes  (✓) No

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding,

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on  9-16-2016
             (Date)

Horale Lee Davis
Signature of Petitioner

Horace Davis #485D-177
MCFP
P.O. Box 4000
Springfield, MO 65801-4000

ATTENTION: Prisoner Pro Se Office.

Clerk Of The
United States District Court
For the Western District of Missouri
Charles Evans Whittaker
United States Courthouse
400 E. 9th St. Kansas City, MO 64106

